## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,** | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | No. MO:20-CV-00091-DC |
| **AZTECA TANK MANUFACTURING, INC., formerly doing business as AZTECA FABRICATION INC.; CAZA PETROLEUM MANAGEMENT, LLC, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. B0702CM303220K, as subrogees of LIBERTY OILFIELD SERVICES, INC.** | § § § § § § § § § § § § | |
| *Defendants*. | § | |

## ORDER

On this date, the Court considered the status of this case. This case has been stayed since January 15, 2022. (Doc. 38). By separate Order, the Court granted Defendant Azteca Tank Manufacturing, Inc.'s ("Azteca") Opposed Motion for Summary Judgment (Doc. 26) and denied Plaintiff State Farm Mutual Automobile Insurance Company's ("State Farm") Motion for Full and Final Summary Judgment (Doc. 31) on State Farm's declaratory judgment claims regarding State Farm's duty to defend Azteca in the underlying lawsuit pending in the Fourth Judicial District Court, Miguel County, New Mexico, Cause No. D-412-CV-2018-55 (the "Lawsuit").

Because this action cannot proceed to the next stage of trial until the parties have resolved the underlying Lawsuit, the Court finds this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are

temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay[.]").

The Clerk of the Court is therefore **DIRECTED** to administratively **CLOSE** the case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Nothing in this Order shall be considered a dismissal or disposition of this case.

It is so **ORDERED**.

SIGNED this 8th day of June, 2022.

                                              DAVID COUNTS
                                              UNITED STATES DISTRICT JUDGE